IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 4:22-CR-40010-001
)
JOSHUA PAUL WALKER )

## FINAL ORDER OF FORFEITURE

On April 24, 2023, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 26). In the Preliminary Order of Forfeiture, one Seagate Barracuda Hard Drive 500 GB, model 7200.12, serial number: S2A0BD1V; one Seagate Barracuda Hard Drive 400 GB, model 7200.8, serial number: 5NF0Z94T; one Hitachi Deskstar Hard Drive 400 GB, model HDT725040VLA360, serial number: R32D9DBL; one Seagate Barracuda Hard Drive 500 GB, model 7200.12, serial number: S2A03APM; one Toshiba Hard Drive 160 GB, model MK1652GSX, serial number: X8BGFAH3S; one Patriot Burst Hard Drive 120 GB, model PE00541, serial number: P-1910; one Western Digital Hard Drive 250 GB, model WD2500JS, serial number: WCANKA466701; one Hitachi Hard Drive 500 GB, model 0F10759, serial number: HE1NV1AB; one Seagate Barracuda Hard Drive 1500 GB, serial number: 6YD0AS6E; one Patriot Burst Hard Drive 120 GB, model PE00541, serial number: P-1913; and one Black Custom Computer Tower, were forfeited to the United States pursuant to Title 18 U.S.C. § 2253(b), incorporating by reference Title 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On July 5, 2023, an attorney for the United States filed a Notice of Proof of Publication, showing that for

1

30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was July 2, 2023. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on April 24, 2023, shall become final at this time.

IT IS SO ORDERED this 25th day of January, 2024.

*[signature]*
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE